United States District Court
Southern District of Texas
**ENTERED**
January 31, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CRIMINAL NO. 2:20-MJ-00301 |
| FRASER, et al | § § | |

### ORDER ON MOTION TO DEPOSE MATERIAL WITNESS

On this 31 day of January, 2020, came on to be heard the Motion to Depose Material Witness to have the videotaped deposition of material witness **MELVIN ALEXANDER MORENO-ABARCA,** taken, and, having considered the same, this Court is of the opinion that it should be **GRANTED**, and this matter is set for depositions for May 20, 2020, at 1:00 p.m. in the Grand Jury Room, United States District Courthouse, Corpus Christi, Texas.

SIGNED on this the 31 day of January 2020.

_____
JUDGE PRESIDING